JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA / WESTERN DIVISION

| | |
|---|---|
| RAMON SERNA, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MASTRO'S RESTAURANTS, LLC,; LANDRY'S INC.; LANDRY'S PAYROLL, INC.; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:23-cv-02269 RGK(SHKx)<br><br>District Judge: R. Gary Klausner<br>Magistrate Judge; Shashi H. Kewalramani<br><br>Los Angeles County Superior Court Case No. 23STCV03171<br><br>State Court Complaint Filed: February 14, 2023<br>Trial Date: None<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION RE ARBITRATION OF PLAINTIFF'S INDIVIDUAL CLAIMS AND TO DISMISS ENTIRE ACTION [22] |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having read the Parties' Joint Stipulation re Arbitration of Plaintiff's Individual Claims and To Dismiss Entire Action, the Court finds good cause and hereby orders as follows:

1. The Court ORDERS the Parties to arbitration with respect to Plaintiff's individual PAGA claims and individual statutory claims.

2. The Court also DISMISSES Plaintiff's representative PAGA claims and class claims.

///

///

///

3. This dismissal operates with prejudice as to Plaintiff but without prejudice as to any other putative class member or alleged aggrieved employees.

**IT IS SO ORDERED**.

Dated: April 27, 2023

_____
Honorable R. Gary Klausner
United States District Judge